UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARRISH JEAN MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:14-cv-01581- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 17) |

On May 1, 2015, the parties stipulated for Plaintiff to have an extension of time to serve Defendant with the confidential letter brief. (Doc. 17.) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 9 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED**; and
2. Plaintiff **SHALL** serve Defendant with the letter brief on or before **June 8, 2015**.

IT IS SO ORDERED.

Dated:   **May 5, 2015**                              **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

1